**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MOHAMED FAYAD EL TAMIMI** | **CASE NO. 3:26-CV-01250 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus filed by Mohamed Fayad El Tamimi ("Petitioner") [Doc. No. 1] is **GRANTED** and Petitioner be **RELEASED**, as soon as reasonably possible, subject to supervision under regulations prescribed by the Attorney General.

**IT IS FURTHER ORDERED** that Petitioner's counsel be notified of the exact location and time of his release no less than two hours before his release and file a status report confirming Petitioner's release within 24 hours after his release.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as **MOOT**.

MONROE, LOUISIANA, this 29th day of September, 2026.

Terry A. Doughty
United States District Judge